### HAZLEHURST *et al. v.* UNITED STATES.

#### *Practice.—Non-pros.*

IN error from the Circuit Court for the district of South Carolina. A rule had been obtained by *Lee*, the Attorney-General, at the opening of the court, that the plaintiffs appear and prosecute their writ of error within the term, or suffer a *non-pros.* : but it was found, that errors had been assigned in the court below, and *a joinder in error entered here. The \*7] rule was, therefore, changed to the following : " that unless the plaintiffs in error appear and argue the errors to-morrow, a *non-pros.* be entered." The plaintiffs not appearing, the writ of error was non-prossed, according to the rule.